# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-cv-06466 |
| | ) Hon. Virginia M. Kendall |
| JEROME CLAVEL, | ) |
| Defendant. | ) |

## MOTION FOR AGREED PROTECTIVE ORDER

Plaintiff, by its attorneys, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 26(c) to enter the attached Agreed Protective Order respecting all materials produced or adduced in the course of discovery, including initial disclosures, responses to discovery requests, deposition testimony and exhibits, and information derived directly therefrom.

Dated: November 6, 2020

Respectfully submitted,

*/s/ Rebecca Fitzpatrick*
James F. Hurst, P.C.
Rebecca Fitzpatrick
Patrick Weeks
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000

Sierra Elizabeth
KIRKLAND & ELLIS LLP
2049 Century Park East
Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
*Attorneys for Abbott Laboratories*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2020 a true and accurate copy of the forgoing document was electronically filed with the CM/ECF system of the United States District Court for the Northern District of Illinois and served upon all counsel of record.


*/s/ Rebecca Fitzpatrick*
Rebecca Fitzpatrick